# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*May 24, 2006*

[Cite as *05/24/2006 Case Announcements*, 2006-Ohio-2466.]

## MERIT DECISIONS WITHOUT OPINIONS

**2006–0404. Miller v. Kovack.**
In Prohibition. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0511. State ex rel. Christman v. Smith & Coury.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0519. Langley v. Sherck.**
In Procedendo. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0585. State ex rel. Cotton v. Carr.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2006–0622. Evans v. Gowdown.**
In Prohibition. On motion to dismiss. Motion to dismiss granted. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.